662

No. 513. POTTS *v*. FLIPPEN, ADMINISTRATOR, ET AL. January 16, 1939. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Mr. James Sheppard Potts, pro se.* No appearance for respondents.

No. 515. LIFSON, ADMINISTRATOR, ET AL. *v*. COMMISSIONER OF INTERNAL REVENUE. January 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. George T. Altman* for petitioners. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Harry Marselli* for respondent.

No. 526. INTERNATIONAL LADIES' GARMENT WORKERS' UNION ET AL. *v*. DONNELLY GARMENT CO. ET AL. January 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Frank P. Walsh, Jerome Walsh,* and *Roy W. Rucker* for petitioners. *Messrs. James A. Reed, Robert J. Ingraham,* and *William S. Hogsett* for Donnelly Garment Co. et al., and *Messrs. Frank E. Tyler* and *Alfred N. Gossett* for Donnelly Garment Workers' Union, respondents.

No. 527. SCHWARTZ SALES CO. *v*. STEINER SALES CO. January 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Wm. Nevarre Cromwell* for petitioner. *Mr. Harold Olsen* for respondent.